■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEAL BOYE, Appellant.— Order unanimously affirmed. Memorandum: The defend-

ant did not ask this court to assign counsel for him. In fact, he asked permission to appeal "on typewritten copies of his brief * * * and that defendant be allowed to act as his own counsel for the purpose of perfecting briefs." (Appeal from order of Erie County Court denying, without a hearing, motion to vacate a judgment of conviction for robbery, first degree, rendered December 4, 1958.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.